## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa L. Peck<br>Damon A. Peck | BK NO. 24-02572 HWV |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
17 Oct 2024, 11:31:20, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322