LAW OFFICES  
MCCALLA RAYMER LEIBERT PIERCE, LLC  
BANKRUPTCY DEPARTMENT  
1544 Old Alabama Rd  
Roswell, GA 30076  
TELEPHONE: 770-643-7200  
TELEFAX: 866-761-0279  
1-800-275-7171

October 18, 2024

Clerk, United States Bankruptcy Court  
P. O. Box 908  
Third and Walnut streets  
Harrisburg, PA 17108-0908

**<u>REQUEST FOR SERVICE OF NOTICES</u>**

RE:

| | |
|---|---|
| Debtors | Melissa L. Peck and Damon A. Peck |
| Case Number | 24-02572 |
| Chapter | 13 |
| Secured Creditor | U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 |
| Loan Number | XXXXXX0923 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1  
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC  
Bankruptcy Department  
1544 Old Alabama Rd  
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Maria Tsagaris*  
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC  
1544 Old Alabama Rd  
Roswell, GA 30076  
Phone: 678-281-6532  
Email: Maria.Tsagaris@mccalla.com