United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 24-02572-HWV

Melissa L. Peck                                                                    Chapter 13

Damon A. Peck

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                  Page 1 of 4

Date Rcvd: Dec 10, 2024                  Form ID: ntnew341                          Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Melissa L. Peck, Damon A. Peck, 4406 Steltz Rd, New Freedom, PA 17349-9290 |
| 5659635 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5659639 | + | JARRETTSVILLE FEDERAL S & L, 3706 NORRISVILLE RD, JARRETTSVILLE, MD 21084-1419 |
| 5659621 | + | MELISSA L. PECK, DAMON A. PECK, 4406 STELTZ RD, NEW FREEDOM, PA 17349-9290 |
| 5659623 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2024 18:40:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 10 2024 18:40:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5659627 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 18:53:09 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5669330 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2024 18:53:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5659628 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2024 18:40:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5659629 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 10 2024 18:40:00 | BARCLAYS BANK, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5674190 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2024 18:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5659630 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 10 2024 18:52:14 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5659631 | + | Email/Text: bankruptcy@cavps.com | Dec 10 2024 18:40:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 1 AMERICAN LANE, STE 220, GREENWICH, CT 06831-2563 |
| 5659632 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 18:53:50 | CITIBANK, CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5659633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 18:53:50 | CITIBANK, CITICORP CR |

|  |  |  |  |
|---|---|---|---|
|  |  |  | SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5659634 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 18:53:08 | CITIBANK/BEST BUY, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5660764 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2024 18:52:58 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5672605 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2024 18:53:50 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5666868 | + Email/Text: bankruptcy@cavps.com | Dec 10 2024 18:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5659636 | + Email/Text: mrdiscen@discover.com | Dec 10 2024 18:40:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5661147 | Email/Text: mrdiscen@discover.com | Dec 10 2024 18:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5659622 | + Email/Text: hrohrbaugh@cgalaw.com | Dec 10 2024 18:40:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5659637 | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 10 2024 18:40:00 | FIFTH THIRD BANK, ATTN: BANKRUPTCY, MAILDROP RCS83E 1830 E PARIS AVE SE, GRAND RAPIDS, MI 49546 |
| 5671401 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 10 2024 18:40:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 5659638 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 10 2024 18:40:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, LOCKBOX 6112, PO BOX7247, PHILADELPHIA, PA 19170-0001 |
| 5659624 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2024 18:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5659640 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 10 2024 18:53:48 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203 |
| 5659641 | Email/Text: camanagement@mtb.com | Dec 10 2024 18:40:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5659642 | Email/Text: camanagement@mtb.com | Dec 10 2024 18:40:00 | M&T CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5668101 | + Email/Text: camanagement@mtb.com | Dec 10 2024 18:40:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5662395 | Email/Text: BankruptcyECFMail@mccalla.com | Dec 10 2024 18:40:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5659644 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2024 18:40:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5674577 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5659625 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2024 18:40:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5672284 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2024 18:52:15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| 5659645 | + Email/Text: bknotice@raslavrar.com | Dec 10 2024 18:40:00 | RAS LAVRAR, LLC, 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5672702 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 18:52:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5659646 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 18:52:16 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5659647 | + Email/Text: bkelectronicnotices@usaa.com | Dec 10 2024 18:40:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG RD, SAN ANTONIO, TX 78288-0002 |
| 5667263 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 10 2024 18:53:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5659626 | Email/Text: kcm@yatb.com | Dec 10 2024 18:40:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5662396 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5659643 | ##+ | MICHAEL J. DOUGHERTY, ESQ., WELTMAN, WEINBERG & REIS CO. LPA, 170 S. INDEPENDENCE MALL W, STE 874, PHILADELPHIA, PA 19106-3334 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Damon A. Peck hrohrbaugh@cgalaw.com |

District/off: 0314-1

Date Rcvd: Dec 10, 2024

User: AutoDocke

Form ID: ntnew341

Page 4 of 4

Total Noticed: 42

kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Elizabeth Haley Rohrbaugh

on behalf of Debtor 1 Melissa L. Peck hrohrbaugh@cgalaw.com
kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Kelly M. Appleyard

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Melissa L. Peck,<br>        **Debtor 1**<br><br>Damon A. Peck,<br>        **Debtor 2** | Chapter     13<br><br>Case No.     1:24−bk−02572−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 13, 2025<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 10, 2024 |

ntnew341 (09/23)