| | |
|---|---|
| In re: | Case No. 24-02572-HWV |
| Melissa L. Peck | Chapter 13 |
| Damon A. Peck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf010 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa L. Peck, Damon A. Peck, 4406 Steltz Rd, New Freedom, PA 17349-9290 |
| 5659635 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5659639 | + | JARRETTSVILLE FEDERAL S & L, 3706 NORRISVILLE RD, JARRETTSVILLE, MD 21084-1419 |
| 5659621 | + | MELISSA L. PECK, DAMON A. PECK, 4406 STELTZ RD, NEW FREEDOM, PA 17349-9290 |
| 5659623 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2025 18:39:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 10 2025 18:39:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5659627 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 18:49:31 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5669330 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 18:38:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5659628 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 10 2025 18:39:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5659629 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 10 2025 18:39:00 | BARCLAYS BANK, ATTN: BANKRUPTCY, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5674190 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 10 2025 18:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5659630 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 10 2025 18:38:20 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5659631 | + | Email/Text: bankruptcy@cavps.com | Jan 10 2025 18:39:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 1 AMERICAN LANE, STE 220, GREENWICH, CT 06831-2563 |
| 5659632 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 18:49:26 | CITIBANK, CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5659633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 18:50:14 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5659634 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 18:51:04 | CITIBANK/BEST BUY, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5660764 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2025 18:49:30 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5672605 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2025 18:37:59 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5666868 | + | Email/Text: bankruptcy@cavps.com | Jan 10 2025 18:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5659636 | + | Email/Text: mrdiscen@discover.com | Jan 10 2025 18:39:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5661147 | | Email/Text: mrdiscen@discover.com | Jan 10 2025 18:39:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5659622 | + | Email/Text: hrohrbaugh@cgalaw.com | Jan 10 2025 18:39:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5659637 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 10 2025 18:39:00 | FIFTH THIRD BANK, ATTN: BANKRUPTCY, MAILDROP RCS83E 1830 E PARIS AVE SE, GRAND RAPIDS, MI 49546 |
| 5671401 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 10 2025 18:39:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 5659638 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 10 2025 18:39:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, LOCKBOX 6112, PO BOX7247, PHILADELPHIA, PA 19170-0001 |
| 5659624 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2025 18:39:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5675080 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2025 18:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5659640 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2025 18:38:16 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203 |
| 5659641 | | Email/Text: camanagement@mtb.com | Jan 10 2025 18:39:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5675318 | | Email/Text: camanagement@mtb.com | Jan 10 2025 18:39:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5659642 | | Email/Text: camanagement@mtb.com | Jan 10 2025 18:39:00 | M&T CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5668101 | + | Email/Text: camanagement@mtb.com | Jan 10 2025 18:39:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5662395 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 10 2025 18:39:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5659644 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2025 18:39:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5674577 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2025 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5659625 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2025 18:39:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5672284 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2025 18:50:20 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5659645 | + | Email/Text: bknotice@raslavrar.com | Jan 10 2025 18:39:00 | RAS LAVRAR, LLC, 425 COMMERCE DRIVE, SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5672702 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 18:38:04 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5659646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 18:38:26 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5676166 | ^ | MEBN | Jan 10 2025 18:33:12 | U.S. Bank Trust National Association et. al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5659647 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 10 2025 18:39:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDERICKSBURG RD, SAN ANTONIO, TX 78288-0002 |
| 5667263 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 10 2025 18:38:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5659626 | | Email/Text: kcm@yatb.com | Jan 10 2025 18:39:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5662396 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5676167 | * | U.S. Bank Trust National Association et. al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5659643 | ##+ | MICHAEL J. DOUGHERTY, ESQ., WELTMAN, WEINBERG & REIS CO. LPA, 170 S. INDEPENDENCE MALL W, STE 874, PHILADELPHIA, PA 19106-3334 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 12, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Damon A. Peck hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Melissa L. Peck hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELISSA L. PECK

| | | Chapter: | 13 |
|---|---|---|---|
| | Debtor 1 | Case No.: | 1-24-bk-02572-HWV |

DAMON A. PECK

| | Debtor 2 | | |

## ORDER

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

It is

**ORDERED** that the case of the above named Debtors is **DISMISSED**. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 10, 2025